# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHANIEL BOLDEN | CIVIL ACTION |
| VERSUS | NO. 08-0728 |
| ORLEANS PARISH JAIL, ET AL. | SECTION: "N" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the claims of Nathaniel Bolden against the Orleans Parish Jail, Chief Rudy, and the unidentified Orleans Parish Sheriff's deputies are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c)(1) as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 26th day of February, 2009.

UNITED STATES DISTRICT JUDGE